EDWIN A. AMES, Respondent, *v.* THE MANHATTAN LIFE
INSURANCE COMPANY OF NEW YORK, Appellant.

*Ames* v. *Manhattan Life Ins. Co.,* 40 App. Div. 465, affirmed.
(Argued May 6, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered June
7, 1899, upon an order which reversed an order of a Trial
Term setting aside a verdict in favor of plaintiff and granting
a new trial and directed judgment for the plaintiff upon the
verdict.

*Edward S. Rapallo* for appellant.

*George W. Miller* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, BARTLETT, HAIGHT, MARTIN, VANN and
WERNER, JJ.   Dissenting: PARKER, Ch. J.

---

DAVID C. PORTER, Appellant, *v.* JULIA S. THOM, Respondent,
Impleaded with Another.

*Porter* v. *Thom,* 40 App. Div. 34, affirmed.
(Argued May 6, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 28, 1899, affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court at a
Trial Term and an order denying a motion for a new trial.

*Albert G. McDonald* for appellant.

*George G. Reynolds* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT,
MARTIN, VANN and WERNER, JJ.